186 So. 185

## Woodrow PILGRIM v. STATE.

### 8 Div. 951.

Supreme Court of Alabama.

Jan. 12, 1939.

Rehearing Denied Feb. 9, 1939.

W. L. Chenault, of Russellville, for the motion.

A. A. Carmichael, Atty. Gen., opposed.

KNIGHT, Justice.

The petitioner, Woodrow Pilgrim, dissatisfied with the judgment and conclusions of the Court of Appeals, has filed in this Court his petition for a writ of certiorari to that Court, to review and revise its opinion and judgment in the case of Woodrow Pilgrim v. State, 186 So. 184 (8 Div. 738).

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

---

186 So. 583

## Dewey EDWARDS v. STATE.

### 4 Div. 72.

Supreme Court of Alabama.

Feb. 10, 1939.

W. L. Lee and Alto V. Lee, III, both of Dothan, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

THOMAS, Justice.

Petition of Dewey Edwards for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Edwards v. State, 186 So. 582.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.